# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 789 - 2 | **DATE** | 11/30/2007 |
| **CASE TITLE** |  | USA vs. STEVEN R. RANGEL | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Steven R. Rangel appears in response to arrest on 11/30/07. Defendant informed of his rights. The court finds defendant unable to afford counsel. Enter Order appointing Panel Attorney Matthew J. Madden as counsel for defendant. Government and defendant agree on conditions of release. Preliminary examination to be held on 12/5/07 at 1:15 p.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

Case 1:07-cr-00789    Document 6    Filed 11/30/2007    Page 1 of 1

07CR789 - 2 USA vs. STEVEN R. RANGEL     Page 1 of 1