# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. RANGEL

FOR: **FILED 11-30-07  NOV 30 2007  MAGISTRATE JUDGE JEFFREY COLE  UNITED STATES DISTRICT COURT**

PERSON REPRESENTED (Show your full name): STEVEN RANGEL

☒ 1. Defendant – Adult
☐ 2. Defendant – Juvenile
☐ 3. Appellant
☐ 4. Probation Violator
☐ 5. Parole Violator
☐ 6. Habeas Petitioner
☐ 7. 2255 Petitioner
☐ 8. Material Witness
☐ 9. Other (Specify)

LOCATION NUMBER: ND IL

DOCKET NUMBERS
- Magistrate:
- District Court: 07CR789-2
- Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor
Narcotics

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $___
- IF NO, give month and year of last employment. How much did you earn per month? $___
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
- RECEIVED / SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $___

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT $___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: 
- Creditors: GIRLFRIEND TAKES CARE OF BILLS
- Total Debt: $___
- Monthly Payt.: $___

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11-30-07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Steven R. Rangel