## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 789 - 2 | **DATE** | 12/5/2007 |
| **CASE TITLE** | USA vs. Steven R. Rangel | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held. Defendant waives his right to a preliminary examination. Defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | CDH |
|---|---|---|