Minute Order Form (rev. 4/99) JUDGE GRADY 07 GJ 1154

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | MAGISTRATE JUDGE COLE | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0789 | DATE | DECEMBER 18, 2007 |
| CASE TITLE | US v. DAVID ESTRADA & STEVEN RANGEL | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.)

GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL AUGUST 2006-1 Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge [signature]

Docket Entry:

NO BOND SET, DETAINED BY MAGISTRATE AS TO DAVID ESTRADA. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO STEVEN RANGEL.

RECEIVED

DEC 18 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE ____________ (ONLY IF FILED UNDER SEAL)

| | | | Number of notices | DOCKET # |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Date docketed | |
| | No notices required. | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | Date mailed notice | |
| | Notified counsel by telephone. | | Mailing dpty. initials | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |