## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 789 - 2 | **DATE** | 12/27/2007 |
| **CASE TITLE** | USA vs. Steven R Rangel (2) | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant waives formal reading of the Indictment and enters a plea of not guilty to all counts. Bond is to stand as to Steven Rangel. Defendant bound to the District Court for further proceedings. Rule 16.1(a) conference to be held by or on 1/9/08; Pretrial motions to be filed by 1/30/08; Responses due by 2/13/08; Reply due 2/20/08. Status hearing before Judge Grady is set for 1/30/08 at 9:30 a.m. Enter excludable time from 12/27/07 to and including 1/30/08 pursuant to 18 USC §3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|