## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 789 - 2 | **DATE** | 3/5/2008 |
| **CASE TITLE** | USA vs. Rangel | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 04/09/08 at 9:30 a.m. Pretrial motions to be filed on or before 04/04/08. Time continues to be excluded pursuant to 18:3161(h)(1)(F) for the handling of defense motions until 4/9/08. (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|