UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                                Plaintiff,

v.                                                    Case No.: 1:07−cr−00789
                                                        Honorable John F. Grady

David P Estrada, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable John F. Grady:Status hearing held on 5/14/2008. Change of Plea Hearing set for 6/10/2008 at 10:00 a.m. as to Steven R. Rangel. Pursuant to 18 U.S.C. 3161(h)(8)(B)(i), time continues to be excluded in the interest of justice for plea negotiations until 06/10/08. Mailed notice (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.