**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                    Case No.: 1:07−cr−00789
                                                         Honorable John F. Grady

David P Estrada, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable John F. Grady:By order of the court, change of plea set for 06/10/08 stricken and reset to 6/12/2008 at 9:30 a.m. as to Steven R Rangel. Pursuant to 18 U.S.C. 3161(h)(8)(B)(i), time continues to be excluded in the interest of justice for plea negotiations until 06/12/08. Mailed notice (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.