# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                                  Case No.: 1:07−cr−00789
                                                Honorable John F. Grady

David P Estrada, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable John F. Grady:By request of defense counsel, change of plea hearing set for 6/12/2008 as to Steven R Rangel is stricken and reset to 06/17/08 at 1:00 p.m. Pursuant to 18 U.S.C. 3161(h)(1), time continues to be excluded to permit plea negotiations until 06/17/08.Mailed notice (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.