## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 789 - 2 | **DATE** | 6/16/2008 |
| **CASE TITLE** |  | USA vs. Rangel | |

**DOCKET ENTRY TEXT**

By agreement of the parties, change of plea hearing as to Steven R Rangel set for 06/17/08 stricken and reset to 7/16/2008 at 9:30 a.m. Pursuant to 18 U.S.C. 3161(h)(1), time continues to be excluded to permit plea negotiations until 07/16/08.

| | Courtroom Deputy Initials: | DL |
|---|---|---|