## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 789 - 2 | **DATE** | 7/16/2008 |
| **CASE TITLE** | U.S.A. vs. Estrada, et al | | |

**DOCKET ENTRY TEXT**

(Defendant Steven R. Rangel only). Change of plea hearing held on 7/16/2008. Defendant withdraws his plea of not guilty and enters a plea of guilty to Count I of the indictment. Defendant informed of his rights. Judgment of guilty entered. Cause referred to the Probation Office for a pre-sentence investigation. Sentencing set for 10/15/2008 at 12:30 p.m. Defendant's oral unopposed motion to file sentencing memorandum under seal is granted.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SB |
|---|---|---|