# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John F. Grady | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 789 - 2 | **DATE** | 8/4/2008 |
| **CASE TITLE** | USA vs. Steven R. Rangel | | |

**DOCKET ENTRY TEXT**

Pursuant to pretrial services report dated 07/17/08, it is hereby ordered that the defendant's bond is modified to include the electronic monitoring conditions under the curfew provision.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JD |
|---|---|---|